UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRITTAN H. TRAMMELL, II,**

    **Plaintiff,**

v.                          CASE NO:  6:20-cv-00147-PGB-LRH

**BENADA ALUMINUM PRODUCTS, LLC**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, BRITTAN H. TRAMMELL, II, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, BENADA ALUMINUM PRODUCTS, LLC, has been settled.

Dated this 29th day of October, 2020.

                                                   Respectfully submitted,

                                                   _/s/ Christopher J. Saba_
                                                   Christopher J. Saba
                                                   Florida Bar No. 092016
                                                   Wenzel Fenton Cabassa P.A.
                                                   1110 N. Florida Avenue
                                                   Suite 300
                                                   Tampa, Florida 33602
                                                   Main No.: 813-224-0431
                                                   Facsimile No.: 813-229-8712
                                                   Email: csaba@wfclaw.com
                                                   Email: tsoriano@wfclaw.com
                                                   **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of October, 2020, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Dorothy F. Green
Latham, Luna, Eden & Beaudine LLP
111 North Magnolia Avenue
Suite 1400
Orlando, FL 32801
Email: dgreen@lseblaw.com

                                                                                               */s/ Christopher J. Saba*
                                                                                               Christopher J. Saba