# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRITTAN H. TRAMMELL, II,

      Plaintiff,

v.                                                                                   Case No: 6:20-cv-147-Orl-40LRH

BENADA ALUMINUM PRODUCTS, LLC.,

      Defendant.

_____/

## ORDER

The Court has been advised by the parties that the above-styled action has been settled. (Doc. 17). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on November 3, 2020.

                                                      PAUL G. BYRON
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties