# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRITTAN H. TRAMMELL, II,

      Plaintiff,

v.                                          Case No:  6:20-cv-147-Orl-40LRH

BENADA ALUMINUM PRODUCTS, LLC.,

      Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 19). The dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file in this case.

**DONE AND ORDERED** in Orlando, Florida on November 13, 2020.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties